1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8

9   Broadcast Music Incorporated, *et al.*,          No. CV-19-04974-PHX-JJT

10              Plaintiffs,                          **ORDER**

11   v.

12   Arlies LLC, *et al.*,

13              Defendants.

14

15      After review of the docket, the Court notes that default was entered on

16  September 19, 2019 (Doc. 17). No motion for default judgment has been filed.

17      IT IS HEREBY ORDERED that any Motion for Default Judgment must be filed

18  within 15 days of the date of this order and shall fully address the factors delineated in *Eitel*

19  *v. McCool*, as necessary, including: (1) the possibility of prejudice to Plaintiff, (2) the merits

20  of the claims, (3) the sufficiency of the complaint, (4) the amount of money at stake, if any,

21  (5) the possibility of a dispute concerning material facts, (6) whether default was due to

22  excusable neglect, and (7) the policy favoring a decision on the merits. 782 F.2d 1470, 1471-

23  72 (9th Cir. 1986). Any such Motion shall also include an explanation and evidence sufficient

24  to support any calculation of damages. *See Geddes v. United Fin. Group*, 559 F.2d 557, 560

25  (9th Cir. 1977) (noting that factual allegations of the complaint relating to the amount of

26  damages are not taken as true on a motion for default judgment); Fed. R. Civ. P. 8(b)(2)(6)

27  ("An allegation – other than one relating to the amount of damages – is admitted if a

28  responsive pleading is required and the allegation is not denied.").

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

        IT IS FURTHER ORDERED that if counsel fails to file a Motion for Default Judgment within 15 days of the date of this Order, the Clerk of Court must, without further notice, enter a judgment of dismissal without prejudice.

        Dated this 7th day of October, 2019.

Honorable John J. Tuchi
United States District Judge